```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS


ANGEL MARTIN ALICEA,            )
ET AL.,                         )
          Plaintiffs            )
                                )
               v.               )  C.A. No. 10-cv-30002-MAP
                                )
LT'S BENJAMIN RECORDS, ET       )
AL.,                            )
          Defendants            )
```

ORDER

January 11, 2011

**PONSOR, D.J.**

On January 5, 2011, Plaintiffs filed a document entitled "Request Entry of Default Judgment," which was docketed as a Motion for Entry of Default and Motion for Hearing on Damages (Dkt. No. 58). The court allowed the motion on January 6, 2011, intending only to permit entry of default, but not to set a date for a hearing on damages.

The court hereby VACATES so much of its ruling as entered a default judgment. It is premature to enter judgment for any party in this case, since the judgment would enter against fewer than all parties and the court cannot make any determination that there is no just reason for delay. See Fed. R. Civ. P. 54(b). The default alone will enter, but not any default judgment at this time.

Moreover, the court hereby VACATES its order establishing a date for a hearing on damages on February 22, 2011 at 3:00 p.m. Given the pendency of claims against other non-defaulted parties, and the inappropriateness of any entry of a default judgment at this time, a hearing on damages would not be proper at this time.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge