```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

ANGEL MARTIN ALICEA,           )
ET AL.,                        )
         Plaintiffs            )
                               )
               v.              )   C.A. No. 10-cv-30002-MAP
                               )
LT'S BENJAMIN RECORDS, ET      )
AL.,                           )
         Defendants            )

                      **MEMORANDUM AND ORDER RE:**
           **REPORT AND RECOMMENDATION WITH REGARD TO**
                   **DEFENDANTS' MOTIONS TO DISMISS**
                       (Dkt. Nos. 11, 29 & 57)

                          January 11, 2011

PONSOR, D.J.

   This is a copyright action in which five musical artists seek damages from a number of Defendants. Two groups of defendants, characterized as the "UMG/Machete" Defendants and the "Daddy Yankee" Defendants, filed motions to dismiss (Dkt. Nos. 11 & 29). These motions were referred to Magistrate Judge Kenneth P. Neiman for report and recommendation.

   On December 13, 2010, Judge Neiman issued his Report and Recommendation, to the effect that the motion to dismiss of the UMG/Machete group should be allowed as to Counts VII and VIII, and that the motion to dismiss of the Daddy Yankee group should be allowed in its entirety. The conclusion of

the Report and Recommendation admonished the parties that any objections to the Report and Recommendation would have to be filed within fourteen days.  See Dkt. No. 57, at 20 n.5.  No objection has been filed.

Based upon the substantive merits of the Report and Recommendation, and in light of the fact that no objection has been filed, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 57). Based upon this, the Motion to Dismiss of the UMB/Machete group (Dkt. No. 11) is hereby ALLOWED, in part, as to Counts VII and VIII.  The Motion to Dismiss of the Daddy Yankee group (Dkt. No. 29) is hereby ALLOWED in its entirety.  The clerk will refer this case to Magistrate Judge Neiman for a pretrial scheduling conference.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge