# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL MARTINEZ ALICEA, ET AL., )<br>    Plaintiffs  )<br>)<br>v.  )<br>)<br>MACHETE MUSIC and  )<br>UMG RECORDINGS, INC.,  )<br>    Defendants  ) | CIVIL ACTION NO. 3:10-cv-30002-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Machete Music, et al., against the plaintiffs Angel Martinez Alicea, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment.

                                         **SARAH A. THORNTON**,
                                         CLERK OF COURT

Dated: February 23, 2012         By /s/ *Maurice G. Lindsay*
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment (Routine) 2.wpd - 11/98)
       [jgm.]